# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Danilo Cardenas-Leyva**<br>DOB:1994; United States Citizen | |
| | MAGISTRATE'S CASE NO.<br>**20-04710 MJ** |

Complaint for violation of Title 18, United States Code § 111(a) misdemeanor

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 7, 2020, at or near Nogales in the District of Arizona, the defendant **Danilo Cardenas-Leyva**, did intentionally and forcibly assault United States Customs and Border Protection Officer S.R. an officer and employee of the United States while officer S.R. was engaged in, or on account of the performance of her duties by intentionally coughing in her face and implying that he was infected with the coronavirus, thereby putting her in fear of imminent injury.

All in violation of Title 18 U.S.C. Section 111(a)

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 7, 2020, United States Customs and Border Protection Officer S.R, an officer or employee of the United States, in the performance of her official duties, was conducting an inspection of a vehicle driven by **Danilo Cardenas-Leyva** when the defendant coughed directly in the officer's face. The officer asked the defendant why he did that. He replied "It does not matter, you guys are already sick. It is all over the news in Mexico that you guys have the coronavirus." The officer asked the defendant if he was sick. The defendant replied that it didn't matter "and you are sick too". The actions of the defendant caused the officer to fear that she had been infected with the coronavirus.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Jesse Figueroa | SIGNATURE OF COMPLAINANT<br>Brian.Wells  *Digitally signed by Brian.Wells Date: 2020.04.22 11:43:43 -07'00'* |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>SA Brian Wells – HSI/ICE |
| Sworn to Telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Maria S. Aguilera* | DATE<br>April 22, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

CC: AUSA